

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-21-00437-CV

**IN THE INTEREST OF N.L.B., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-13937
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due on December 30, 2021. After we granted Appellant's first and second motions for extensions of time to file the brief, it was due on March 30, 2022. *See* TEX. R. APP. P. 38.6(d).

On April 11, 2022, Appellant filed a letter seeking additional time to file the brief. Appellant's motion is granted. The brief is due April 25, 2022. *See id*.

Absent extenuating circumstances, no further extensions of time to file Appellant's brief will be granted. **If Appellant fails to file the brief by April 25, 2022, this court may dismiss this appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court